THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00330-MR-DLH

| | |
|---|---|
| SYNOVUS BANK, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>OKAY PROPERTIES, LLC and )<br>WILLIAM O'DONNELL, JR., )<br>)<br>   Defendants, )<br>)<br>vs. )<br>)<br>SYNOVUS FINANCIAL CORP. d/b/a )<br>National Bank of South Carolina, )<br>et al., )<br>   Third Party )<br>   Defendants. )<br>_____ ) | **O R D E R** |

  **THIS MATTER** is before the Court on the Report of the Mediator advising that this case has been completely settled. [Doc. 31]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

  **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**   Signed: June 10, 2013

Martin Reidinger
United States District Judge